UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACK STEIN,

    Petitioner,

  v.

JAMES SPAULDING,

    Respondent.

Case No. C04-5499FDB

ORDER DENYING CERTIFICATE OF APPEALABILITY

    The Report and Recommendation recommended that this habeas corpus petition be dismissed without prejudice as unexhausted. The Court adopted the R&R, and denied reconsideration. Under these circumstances, a certification of appealability is DENIED.

    SO ORDERED.

DATED this 28th day of July, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1